IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LARRY HENDRIX,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-144-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petitioner Larry Hendrix's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 is denied.

_Peter Oppeneer_                3/24/10
Peter Oppeneer, Clerk of Court        Date